IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RICKY GUNTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:20CV398 |
| ) | 1:14CR53-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on May 6, 2020, was served on the parties in this action. (ECF Nos. 54, 55.) No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's motion to vacate, set aside or correct sentence, (ECF No. 53), is DENIED, that judgment be entered dismissing the action, and that, there being no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability not issue.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 3rd day of June 2020

/s/Loretta C.. Biggs
United States District Judge