IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICKY GUNTER,            )
                         )
        Petitioner,      )
                         )
    v.                   )    1:20CV369
                         )    1: 14CR53-1
UNITED STATES OF AMERICA,)
                         )
        Respondent.      )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 28, 2020, was served on the parties in this action. (ECF Nos. 50, 51.) No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is filed and DISMISSED *sua sponte* without prejudice to Petitioner promptly filing a corrected motion on the proper § 2255 forms.

This, the 9th day of July 2020.

/s/Loretta C. Biggs
United States District Judge